January 28, 1893.

---

[Civil No. 332.]

### ARIZONA CENTRAL BANK, Appellant, v. E. H. WITH-ERELL, Appellee.

APPEAL from District Court of the Fourth Judicial District in and for the County of Yavapai. Henry C. Gooding, Judge.

Wilson & Norris, for Appellant.

Baldwin & Johnston, for Appellee.

April 14, 1893. Affirmed.

---

[Civil No. 359.]

### JOHN G. CAMPBELL, Appellant, v. P. L. KASTNER et al., Appellees.

APPEAL from the District Court of the Third Judicial District in and for the County of Yavapai. Edmund W. Wells, Judge.

J. F. Wilson, and L. H. Eggers, for Appellant.

Baldwin & Johnson, for Appellees.

April 14, 1893. Reversed.